To: Court Clerk
Re: Emergency filing

Shannon Agofsky
06267-045 / U.S.P.
P.O. Box 33
Terre Haute, IN. 47808

    Please file the enclosed emergency petition. I have been in prison for 30 years, so am definitely qualified as indigent, but if there are still fees, please refer them to me, and I will take care of it.

    Apologies for writing by hand, rather than typing. We are locked down, and I have no access to type. As this is time sensitive, it will have to suffice.

    Thank you for your help in this matter,

Sincerely,

[signature]