UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SHANNON WAYNE AGOFSKY, | ) |
| Petitioner, | ) |
| v. | ) CAUSE NO. 2:25-cv-00001-JRS-MJD |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## **APPEARANCE**

Comes now, Zachary A. Myers, United States Attorney for the Southern District of Indiana, by Nicholas J. Linder, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the United States of America.

ZACHARY A. MYERS
United States Attorney

By:   /s/ Nicholas J. Linder
Nicholas J. Linder
Assistant United States Attorney
Office of the United States Attorney
10 W Market Street, Suite 2100
Indianapolis, Indiana 46204-3048
Tel: (317) 226-6333
E-mail: Nick.Linder@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on **January 10, 2025,** the foregoing was electronically filed with the Court.   Notice and service of this filing will be sent to the following attorney via the Court's CM/ECF system.   Parties may access this filing through the court's system.

    Angela S. Elleman
    Indiana Federal Community Defender
    111 Monument Circle, Suite 3200
    Indianapolis, IN 46204
    317-383-3520
    Email: angie_elleman@fd.org

                                                      By:    /s/ Nicholas J. Linder
                                                              Nicholas J. Linder
                                                               Assistant United States Attorney
                                                              Office of the United States Attorney
                                                             10 W Market Street, Suite 2100
                                                            Indianapolis, Indiana 46204-3048
                                                           Tel: (317) 226-6333
                                                           E-mail: Nick.Linder@usdoj.gov