UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHANNON WAYNE AGOFSKY,     )
     )
     Petitioner,     )
     )
     V.     )     CAUSE NO. 2:25-cv-00001-JRS-MJD
     )
UNITED STATES OF AMERICA,     )
     )
     Respondent.     )

## MOTION TO WITHDRAW APPEARANCE

Nicholas J. Linder, Assistant United States Attorney for the Southern District of Indiana, hereby respectfully moves to withdraw his appearance as counsel for the United States of America, and in support thereof states as follows:

1.     As stated in the government's Notice of January 10, 2025, the undersigned filed his appearance in compliance with the Court's order of January 7, 2025, and would move to withdraw his appearance upon the filing of the appearance of an Assistant United States Attorney from the Eastern District of Texas.  (Dkt. 7.)

2.     On January 13, 2025, Bradley Visosky of the Eastern District of Texas filed his appearance in this cause as a Special Assistant United States Attorney ("SAUSA") in this district.  (Dkt 8.)

3.     Therefore, consistent with the Notice filed on January 10, the undersigned respectfully moves to withdraw his appearance in this case.  United States Attorney Zachary A. Myers, by and through SAUSA Bradley Visosky, remains as counsel for the United States.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:     /s/ Nicholas J. Linder     
     Nicholas J. Linder
     Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2025, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to the applicable parties by operation of the Court's electronic

filing system.  Parties may access this filing through the Court's system.


By:    /s/ Nicholas J. Linder
       Nicholas J. Linder
       Assistant United States Attorney
       Office of the United States Attorney
       10 W. Market Street, Suite 2100
       Indianapolis, IN 46204-3048
       Telephone: (317) 226-6333
       Email:  Nick.Linder@usdoj.gov